1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                     (HONORABLE JAN M. ADLER)

11 | UNITED STATES OF AMERICA,        ) CASE NO. 08MJ1598
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )
                                      ) **NOTICE OF APPEARANCE**
14 | JOSE IRIBE-GARCIA,                )
                                      )
15 |         Defendant.                )
   |_____   )

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19 attorney in the above-captioned case.

20                                        Respectfully submitted,

21

22 Dated: June 17, 2008                   /s/ *JENNIFER L. COON*
                                          Federal Defenders of San Diego, Inc.
23                                        Attorneys for Defendant
                                          Jennifer_Coon@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 17, 2008         /s/ *JENNIFER L. COON*
                             Federal Defenders of San Diego, Inc.
                             225 Broadway, Suite 900
                             San Diego, CA  92101-5030
                             (619) 234-8467  (tel)
                             (619) 687-2666  (fax)
                             Jennifer_Coon@fd.org (email)